IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FELIPE GARCIA-ROQUE,

      Petitioner,

v.                                    Case No. 5D17-2334

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 18, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Felipe Garcia-Roque, Madison, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 9, 2017, order denying Petitioner's pro se motion for postconviction relief, filed in Case No. 09-CF-006698-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

     PETITION GRANTED.

ORFINGER, LAMBERT and EISNAUGLE, JJ., concur.